RECEIVED
2019 NOV 26 AM 11:01
U.S. BANKRUPTCY COURT
DULUTH, MN

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Justin Jerome Fischer,

    Debtor.

Chapter 7
Case No. 19-60013

Erik A. Ahlgren,

    Trustee,

v.

Robert Fischer, and
Lesley Fischer,

    Defendants.

Adv. Pro. 19-

## ANSWER

Defendants Robert and Lesley Fischer, for their answer to the Plaintiff's complaint, state and allege as follows:

1.    That except where admitted or otherwise qualified, Defendants deny each and every allegation in the Plaintiff's complaint.

2. That Defendants admit the allegations contained in paragraphs 1, 2, 3, 16 and 19 of the Plaintiff's complaint.

3. That Defendants lack sufficient knowledge of the truth of the allegations contained in paragraphs 4,5,6,7,8 and 15 of the Plaintiff's complaint, and hold the Plaintiff to his strict burden of proof thereto.

4. That Defendants admit the allegation in paragraph 22 of the Plaintiff's complaint regarding the transfer of title to the vehicle, but deny the allegation in paragraph 22 regarding the value of the vehicle.

5. That the Defendants specifically deny the allegations contained in paragraphs 9, 11, 12, 13, 14, 17, 20, 21, 23, 25, 26, 27, 28, 29 and 30 of the Plaintiff's complaint.

WHEREFORE, Defendants Robert Fischer and Lesley Fischer respectfully request the Court's Order:

1. Dismissing Plaintiff's complaint.

2. For such other and further relief as the Court deems necessary.

Dated: November 22, 2019

_____
Robert Fischer

_____
Lesley Fischer